IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN THE MATTER OF AN APPLICATION | ) | Case No. _____ |
| FOR CRIMINAL COMPLAINT FOR | ) | |
| CLARK CALLOWAY | ) | |
| | ) | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

1.      I am a Special Agent of the Federal Bureau of Investigation ("FBI") and have been so employed since March 2005.   I previously worked for the United States Army as a Commissioned Officer in the Military Police force for approximately four years.   I am currently assigned to the FBI Washington Field Office ("WFO"), Joint Terrorism Task Force ("JTTF").   As part of my duties with the WFO JTTF, I am assigned to investigate counterterrorism matters in Washington, D.C., northern Virginia, and elsewhere.   I have held this assignment for over one year.   In preparation for this assignment, and as part of my continuing education, I have successfully completed national-security-focused training, to include formal courses and training exercises.   I also have read and/or studied numerous publications related to historical and current terrorism topics authored by analysts, investigators, and, in some cases, actual members, or supporters, of designated Foreign Terrorist Organizations ("FTO").   I have participated in all aspects of counterterrorism investigations, including, but not limited to, conducting physical surveillance; telephone, e-mail, and financial analysis obtained as a result of subpoenas; subject interviews; witness interviews; electronic surveillance; and operations of confidential human sources and undercover employees.   Among other duties, I am involved in the investigation of Clark CALLOWAY ("CALLOWAY"), who resides within the District of Columbia.   I am an investigative law-enforcement officer of the United States, within the meaning of Title 18, United

States Code, Section 2510(7), and I am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2.     This affidavit is intended to show only that there is probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3.     Based on the below-described investigation, your affiant submits there is probable cause to believe that CALLOWAY has committed violations of 18 U.S.C. §§ 922(g) (Possession of a Firearm or Ammunition by a Felon), and 924(b) (Transportation of a Firearm with the Intent to Commit a Felony).  As explained more fully below, your affiant believes CALLOWAY sought a firearm from sources in order to assault other individuals.  Assaulting other individuals with a firearm in the District of Columbia is, at a minimum, an assault with a dangerous weapon, in violation of 22 D.C. Code § 401, which is a felony punishable by imprisonment for a term exceeding one year.

## BACKGROUND OF THE INVESTIGATION

4.      In June 2016, the WFO began an investigation on an individual named Clark CALLOWAY based on information obtained by an FBI employee acting in an undercover capacity ("UCE"). The "UCE" observed CALLOWAY's public Facebook account, which contained pictures associated with jihad and terrorism, including individuals walking with rocket launchers, machine guns, and other weapons, and individuals carrying the black flag commonly associated with  the Islamic State of Iraq and al Sham ("ISIS"), [1] which is a Foreign Terrorist Organization (FTO).

---

[1] Unless otherwise stated, or if the organization is identified in the body of a quote by another name, I will refer to this organization as ISIS.

5.      On October 15, 2004, The United States Secretary of State designated Al-Qaeda in Iraq ("AQI"), then known as Jam'at al Tawhid wa'al-Jihad, as an FTO under Section 219 of the Immigration and Nationality Act and Specifically Designated Global Terrorist under section 1(b) of Executive Order 13224.   On or about May 15, 2014, the Secretary of State amended the designation of AQI as an FTO under section 219 of the Immigration and Nationality Act and Specifically Designated Global Terrorist under section 1(b) of Executive Order 13224 to add the alias Islamic State of Iraq and the Levant ("ISIL") as its primary name.   The Secretary of State also added the following aliases to the FTO  listing: the Islamic State of Iraq and al'Sham (ISIS— which is how the FTO will be referenced herein), the Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media Production.   On September 21, 2015, the Secretary added the following aliases to the FTO listing:  Islamic State, ISIL, and ISIS.   To date, ISIS remains a designated FTO.

6.      During the course of the investigation, WFO determined that CALLOWAY has an extensive criminal history, including a felony conviction in the Superior Court of the District of Columbia, Washington, D.C.   On December 4, 2002, CALLOWAY pleaded guilty to one count of Aggravated Assault and one count of Carrying a Dangerous Weapon, relating to CALLOWAY's stabbing of another individual.   Aggravated Assault is a crime punishable by imprisonment for a term exceeding one year.   CALLOWAY was sentenced to one-year incarceration as to each count, with each sentence to run concurrently.   Thereafter CALLLOWAY was placed on supervised release with a referral for mental-health treatment.   While incarcerated, and on supervised release, CALLOWAY was ordered to receive mental-health treatment, substance-abuse treatment, and vocational training.

7.      Based on the investigation in this case, your affiant is aware that CALLOWAY is presently a construction worker without many personal or social connections.  He is divorced and severed ties with his immediate family several years ago.  Your agent believes Calloway lives alone in his apartment, in Washington, D.C., and regularly travels between work and home via Metro.  CALLOWAY formerly served in the United States Marine Corps from 1997-2001, where he received infantry and explosives training.  CALLOWAY posted on his publicly available social-media accounts that, "I know how to make explosives.  The Marines taught me this." CALLOWAY visibly maintains a red, green, and black flag in his apartment window. CALLOWAY had this same red, black, green flag as one of his Facebook profile pictures; the flag included the words, "ALLAH IS MY LORD, ISLAM IS MY LIFE, QURAN IS MY GUIDE, SUNNAH IS MY PRACTICE, JIHAD IS MY SPIRIT, RIGHTEOUS IS MY CHARACTER, PARADISE IS MY GOAL, I ENJOIN WHAT IS RIGHT & FORBID WHAT IS WRONG, I WILL FIGHT AGAINST OPPRESSION, AND I WILL DIE TO ESTABLISH ISLAM."  Based on my training and work with other investigations, your affiant is aware that the flag and pledge is associated with, among other things, pro-ISIS and extremist-racist ideologies.

8.      In the course of the investigation, your Affiant identified CALLOWAY's phone number ("CALLOWAY'S PHONE") and email account as ("CALLOWAY EMAIL 1").  As discussed herein, legal process has confirmed the above cell-phone number and email address belong to CALLOWAY, and further legal process has confirmed that CALLOWAY controls multiple Facebook accounts.

9.      In the course of the investigation, your affiant has confirmed through legal process that at least two different phones have been assigned by the wireless provider to CALLOWAY'S PHONE.  CALLOWAY communicated to a Confidential Human Source ("CHS3" who is further

described below) that he, CALLOWAY, recently obtained a new cell phone for CALLOWAY'S PHONE. Your affiant confirmed through legal process that CALLOWAY is subscribed to two specific SAMSUNG model phones. Your affiant also confirmed that CALLOWAY is a United States citizen who resides in the District of Columbia.

10.     CALLOWAY has posted numerous violent and threatening statements on a public Facebook page titled "Clark Calloway," (FACEBOOK ACCOUNT 1) which has a unique Facebook identification number:.  In July 2016, Facebook provided account information to the FBI for Facebook account "Clark Calloway."    According to those records, the registration name for this account is Clark Calloway, and the account email address as CALLOWAY EMAIL 2.  Further legal process has confirmed this email address was registered in the name of Clark Calloway. Additionally, numerous photographs posted on the "Clark Calloway" Facebook account are photographs of CALLOWAY, including multiple photographs of CALLOWAY's driver license.

11.     On August 8, 2016, CALLOWAY established another Facebook account (FACEBOOK ACCOUNT 2) by using CALLOWAY EMAIL 1. Since establishing Facebook ACCOUNT 2, CALLOWAY has "friended" several hundred individuals who are assessed to be ISIS fighters and sympathizers, joined numerous ISIS Facebook groups, and posted pro-ISIS propaganda.   In September 2016, Facebook provided account information to the FBI for FACEBOOK ACCOUNT 2.   According to those records, the user name for that account is "Alexander Dumas," and the account email address is CALLOWAY EMAIL 1.  Legal process has confirmed CALLOWAY EMAIL 1 was registered to CALLOWAY's name.  Your affiant also believes CALLOWAY uses "Alexander Dumas" as an online alias because the account references matters occurring in CALLOWAY's life, and the Facebook profile picture of FACEBOOK ACCOUNT 2, "Alexander Dumas," is that of CALLOWAY.

12.     On January 1, 2017, CALLOWAY established FACEBOOK ACCONT 3 by using CALLOWAY EMAIL 1.  In January 2017, Facebook provided account information to the FBI for the FACEBOOK ACCOUNT 3.  According to those records, the user name for that account is Clark Calloway Jr., and the account email address is CALLOWAY EMAIL 1.  Your affiant also believes CALLOWAY uses "Clark Calloway Jr" because the account has multiple pictures of CALLOWAY available for public view.

13.     The FBI has assessed that CALLOWAY maintains at least two active Facebook accounts—one related to his extremist racial views and one related to his pro-ISIS views. Facebook previously shut down three accounts relating to CALLOWAY because of violations of Facebook's terms and use of service.

14.     CALLOWAY has made violent statements regarding jihad and violently establishing an Islamic Caliphate as declared by ISIS. In a Facebook post to his "Clark Calloway" page (FACEBOOK ACCOUNT 1), CALLOWAY stated on May 26, 2013, "I mean that once the Ummah unites, we will re-establish the Caliphate, and dominate the world righteously and justly under the most important law of all! The law of Allah! This is written in the Quran! This will occur when Issa(SAW) returns, and he breaks the cross of idoleatry, and testifies to the world of the truth if Islam!"

15.     CALLOWAY has pledged support to ISIS and its leader, Abu Bakr al-Baghadi, in a Facebook post to his "Clark Calloway" page (FACEBOOK ACCOUNT 1).  In a July 2014 Facebook post, CALLOWAY stated, "I support the brother Abu al-baghdadi.  I support the ISIS caliphate."  CALLOWAY also stated in a public post to the same account that ISIS is "already in America (sic) and will stop at nothing to exact revenge." Additionally, CALLOWAY publicly voiced support on his Clark Calloway Facebook account for the suspects in the Garland, Texas,

shooting relating to the "Muhammad Art Exhibit & Contest" event on May 3, 2015; CALLOWAY called the two suspects "martyrs."  CALLOWAY has stated multiple times on Facebook that he has been to prison.  CALLOWAY also stated that he has been to federal prison and "met Al Qa'ida members."

16.     On July 16, 2016, CALLOWAY posted on his public "Clark Calloway," Facebook page (FACEBOOK ACCOUNT 1) a message urging others to engage in mass violence: "Warriors, don't rely upon European-invented firearms, because firearms, are nothing but machines, that eventually malfunction, and bullets, do run out. My weapons of choice, are the knife, swords, or machetes. The Hutu Rwandan militias, massacred, over 500,000 people, in less than 3 months, in 1994, using machetes alone(of course most of their victims were unarmed women and children who were also Afrikan). When your bullets run out, your going to have to fight these racist, in hand to hand. Think about that."

17.     On October 29, 2016, CALLOWAY posted on his public Facebook page for account "Clark Calloway" (FACEBOOK ACCOUNT 1), his desire to conduct a violent revolution against whites and conducting a race war by stating, "Let's put bullets in them."

18.     On November 5, 2016, CALLOWAY posted on his public Facebook page for account "Clark Calloway" (FACEBOOK ACCOUNT 1), the following message: "the time to kill is now just don't kill yourselves."

19.     On November 12, 2016, CALLOWAY posted on his public Facebook page for account "Clark Calloway" (FACEBOOK ACCOUNT 1), the following message: "two pigs were just shot in Boise, Idaho."  Your affiant is aware that around the same time, on or about November 12, 2016, two law-enforcement officers were shot in Idaho.   Furthermore, CALLOWAY stated, "choose the bullet over the ballot!"

## PROBABLE CAUSE

### CALLOWAY'S COMMUNICATIONS WITH
### CONFIDENTIAL HUMAN SOURCE #1

20.     Since 2013, Confidential Human Source 1 ("CHS1") has been providing information to the FBI.  I believe CHS1 has provided reliable information in this and other investigations.  CHS1 has received monetary compensation for working with the FBI.  Information provided by CHS1 largely has been corroborated by independent investigative steps, and no information provided by CHS1 has been found to be false or misleading.

21.     On or about September 17, 2016, CHS1 developed an online relationship with CALLOWAY through Facebook account "Alexander Dumas," which is user identification 100013342175706.  Beginning on that date, CHS1 took screen shots of the conversations with CALLOWAY, in which CALLOWAY indicated to CHS1 that CALLOWAY hates white people, subscribes to Islamic extremist ideology, and would avail himself of the opportunity to conduct violent jihad, or holy war.  CALLOWAY stated, "I am a Mujahid," or one engaged in holy war. When CALLOWAY and CHS1 discussed African American Muslims as being the ones to lead the "black flags" (a symbol for ISIS) in the United States, Calloway responded, "InshaALLAH." I understand "inshallah" to be equivalent to "If Allah wills it," or "hopefully."   Additionally, CALLOWAY made references to ISIS in his discussions with CHS1, and CHS1 stated the "brothers" in Syria are driving the West "nuts."  I understand CHS1 to be using the term "brothers" when referring to the ISIS fighters.

22.     During the same conversation, on September 17, 2016, CALLOWAY expressed concern that CHS1 was the "feds."  In response, CHS1 informed CALLOWAY that CHS1 was not the "feds," and CHS1 asked CALLOWAY how CHS1 could know whether CALLOWAY was

with the FBI.  CALLOWAY stated, "You are not. Wallahi.[2]  The FBI is watching me.  They visited me a year ago.  They came to my job, and just told me they are watching me."

23.     On or about September 20, 2016, CHS1 took screen shots of another Facebook conversation with CALLOWAY.  In that conversation, CHS1 and CALLOWAY discussed a terrorist attack that took place in September 2016 in New Jersey and New York, where a series of bombs and violence injured more than twenty-nine people.  CALLOWAY stated to CHS1 after the attacks, "Good.  MaashALLAH!  This entire place is insane!  May ALLAH destroy it, as it destroyed Sodom, and Gomorrah!"  CALLOWAY then stated, ". . . most people are weak.  They are cowards, and followers.  Claiming innocence, yet no one is innocent.  No one is exempt from punishment."

24.     On or about September 25, 2016, CHS1 took screen shots of the CHS1 phone, which displayed conversations between CHS1 and CALLOWAY via a secure-messaging application.  During one conversation, CHS1 presented Calloway with two ways to make Islam dominant over all other religions.  CHS1 told CALLOWAY that Islam has the options of Dawah[3] and Jihad[4] for those who try to stop the Dawah.  In response, CALLOWAY stated, "Jihad it is. I hate al kaffiroon anyway."  Your affiant understands the term kafiroon to be the Arabic word for disbelievers.  In addition, CALLOWAY stated he wanted a wife ("Zawja") and was looking for a foreign woman, preferably Yemeni.  In discussing wives, CALLOWAY stated, "I don't have enough falous, or money to travel overseas" and ". . . To hell with Amerikka, but this is where I

---

[2] Your affiant understands this term to mean I swear to Allah.
[3] Your affiant understands this term to mean inviting or sharing the word of Allah as expressed in the Qur'an.

[4] Your affiant understands this term to mean holy war.

live ahki.[5]  I'm trapped.  This is a prison, if you are Black and Muslim. I pray for the death of Amerikkka."

25.     On or about September 30, 2016, CHS1 took screen shots of its phone displaying the close-in-time conversations CHS1 was having with CALLOWAY on the encrypted messaging application.  During this conversation, CHS1 stated to CALLOWAY, "And I am very serious Akhi, you don't know me, I am man of man, soldier of Allah."  After CHS1 confirmed to CALLOWAY that CHS1 was a soldier of Allah, CHS1 asked CALLOWAY about the ISIS "friends" they both have in common on Facebook.  CALLOWAY confirmed to CHS1 that he, CALLOWAY, is Facebook "friends" with ISIS members and that "[a]s far as the friends, that you have noticed, that we share, I don't know any of them personally, I only met them, as I met you. On here!"

26.     On September 30, 2016, CHS1 took screen shots of the CHS1 phone displaying the conversation CHS1 had with CALLOWAY on the encrypted messaging application. CALLOWAY told CHS1, "One thing you should know about me brother, is that I am Masnoon (crazy) at times. I left some of my sanity in the United States Marine Corps. I am a Marine veteran. It was a part of the training, and experience. I'm also an ex-convict.  As I said, I am not idiot." CALLOWAY asked CHS1 if CHS1 ever heard of the "Fort Dix 6,"[6] and then CALLOWAY stated, "The Palestinian brother, that was accused of masterminding that operation, was my friend.  I met him in federal prison in 2008-9! I spent, about a week, in Solidarity confinement with the brother. He will die incarcerated. He reminded me, to always offer Salat [the ritual of prayer in Islam], no

---

[5] Your affiant understands this term to mean brother.
[6] Your affiant is aware that in or about June 2007, six persons were arrested, charged and subsequently convicted on  multiple federal offenses based on their conspiracy to commit murder of U.S. military personnel at Fort Dix Military Base in New Jersey.

matter what.  We met for a reason.  Just as we have met."  Calloway then declared, "We are all Mujahideen."[7] Your affiant has confirmed that CALLOWAY was incarcerated at the same time and same facility as one of the persons convicted in the Fort Dix conspiracy.

27.    During the September 30, 2016, Facebook conversation, CALLOWAY told CHS1 that the FBI sent agents to his job, and the FBI and other police departments were watching him. CALLOWAY then said, "InshaALLAH, my time will come.  These are the last days."  Your affiant confirmed that FBI agents did interview CALLOWAY at his place of employment in October 2015.

28.    Also during the September 30, 2016, Facebook conversation, CHS1 told CALLOWAY that CHS1 is sick and tired of America and cannot wait to go to Yemen. CALLOWAY responded, "InshaALLAH.  Maybe I will go with you."  In a follow-up to CALLOWAY's indication of his willingness to travel, CHS1 informed Calloway that CHS1 would rather die in Yemen with the mujahedeen than live with cowards here in America. CALLOWAY responded, "May ALLAH destroy this wicked society."  Furthermore, CALLOWAY stated, "This government must be overthrown. Wallahi [I swear by God].  I'm going to kill some of these crackers before the death angel approaches.  I have a vendetta against them . . . InshaALLAH [God willing(hopefully)].  The battlefield will be here shortly. InshaALLAH."

29.    On January 25, 2017, Calloway shared multiple pro-Mujahedeen/ISIS Facebook posts originally posted on CHS1's Facebook page.  One post displayed a photograph of what appears to be a deceased ISIS fighter and a somber story of an Islamic fighter defending the life of a Mujahid with the following passage: "This life that you have chosen for yourself, it will make you lose your loved ones in one way or the other."  The CHS1 separately posted an image of an

---

[7] Your affiant understands this term to mean one who is engages in violent jihad.

ISIS fighter with the caption, "You only die once" and "[Better to] [l]ive a tiger's life for one day, than to live a dog's life for 100 years"—CALLOWAY shared this post on his Facebook account.

30.    On January 31, 2017, Calloway shared multiple pro-ISIS Facebook posts originally posted on CHS1's Facebook page.  In one post, CALLOWAY shared a letter that was written to the leader of ISIS, Abu Bakr al-Baghdadi.  In the letter, the author argued that ISIS would survive any attack from the west.

<u>CALLOWAY'S COMMUNICATIONS WITH FBI CONFIDENTIAL HUMAN<br>SOURCE #2</u>

31.    Confidential Human Source 2 ("CHS2") is a person known to CALLOWAY since the summer of 2015, and in and about November 2016, CHS2 was approached by, and agreed to work with, the FBI.  Prior to CHS2's contact with the FBI, in October 2016, CALLOWAY attempted, unsuccessfully, to purchase an AK-47 firearm from CHS2.  CHS2's telephone listed CALLOWAY's telephone as a personal contact with the nickname "Brother Jihad," and CHS2's telephone contained historic text messages between CHS2 and Brother Jihad/CALLOWAY.  The historic records indicated that on or about October 8, 2016, prior to any FBI contact with CHS2, CHS2 texted Brother Jihad at the mobile phone number at CALLOWAY'S PHONE.  In that text message, CHS2 sent Brother Jihad a photograph of CHS2 holding an AK-47.  In response, Brother Jihad (CALLOWAY) stated he wanted to buy the AK-47 firearm.  CHS2 refused to sell the gun, and Brother Jihad texted a reply, "I wouldn't sell it either.  That is a Kuffar killer!  Viscous [sic]."  CHS2 agreed: "Yeah. You right about that too."  Brother Jihad then stated, "Looks like SKS!  That is definitely an SKS!  I can tell by the body!"  Your affiant believes that SKS refers to a brand of assault rifle.  CHS2 corrected Brother Jihad, stating the weapon was an "AK 47."  Brother Jihad then stated, "I was close.  7.62 mm bullets.  That will split someone in half.  A chopper!"  CHS2 responded, "Hunter point bullets."  Brother Jihad texted back, "Right, or hallow tip!  If I had that

I would start a revolutionary war!"  CHS2 then texted, "Hallow."  Brother Jihad responded, "Right. A deal breaker."  CHS2 replied, "You don't need that."  Brother Jihad responded, "All I have is a machete."  CHS2 responded with a smiley-face emoticon and stated "something is better than nothing."

32.     In November 2016, prior to CHS2's agreement to work with the FBI, CHS2 was interviewed by immigration agents from the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), and FBI agents.  Following the ICE interview, FBI agents questioned CHS2. During CHS2's interview with FBI agents, CHS2 statedCHS2 had not held a gun since the early 1990s.  CHS2 subsequently consented to a search of CHS2's cellular phone.  FBI agents thereafter observed the above-described photograph from October 8, 2016, depicting CHS2 holding an AK-47, and text messages between CHS2 and CALLOWAY.  CHS2 was asked about the photograph and CHS2 stated CHS2 only shared the photograph with CHS2's family member.  Law enforcement also asked CHS2 about CHS2's October 2016 texts with Brother Jihad.  CHS2 identified Brother Jihad by name as "Clark Calloway," a person known to CHS2 for several months.  The FBI also asked CHS2 about CHS2's understanding of the word "kuffar," and CHS2 responded that a "kuffar" is anyone who is not a true believer in Allah.

33.     CHS2 has a criminal record with multiple felonies and is aware ICE may seek CHS2's eventual removal from the United States.  CHS2 is seeking lawful permanent residence, and in October 2012, CHS2 wrote on an immigration form that CHS2 had never been convicted of a drug-trafficking offense, when, in fact, CHS2 had been convicted of such an offense in the early 1990s (although CHS2 acknowledged other felony conduct on the same form).  Prior to November 2016, CHS2 did not promptly inform ICE that CHS2 had a foreign passport even though CHS2 previously agreed to inform ICE about any change to CHS2's travel documents.

CHS2 additionally stated on employment forms that CHS2 had legal status to be employed in the United States, even though CHS2 did not have such status.  Before agreeing to cooperate with the FBI, CHS2 expressed concern about being arrested because of CHS2's misrepresentations on the immigration forms relating to CHS2's past convictions and misrepresentations to ICE about possessing a foreign passport. CHS2 also acknowledged to law-enforcement officers that CHS2 receives mental-health treatment.  CHS2 received deferred action in CHS2's immigration matter. Since CHS2 has agreed to work with the FBI CHS2 has received less than $300 from the FBI.

34.     On December 5, 2016, the FBI met with CHS2, and the FBI asked CHS2 if CHS2 would offer to sell a firearm to CALLOWAY, where the firearm was similar to the gun CALLOWAY previously expressed interest in purchasing from CHS2.  CH2 agreed and contacted CALLOWAY by text message via CALLOWAY'S PHONE regarding the sale of an M-16 with a sound suppressor, which is a fully automatic machinegun.  CHS2 sent a text to CALLOWAY with a picture of CHS2 holding the M-16 weapon.  CALLOWAY responded to CHS2 and stated he would call CHS2 later.  CALLOWAY called CHS2 a few minutes later from CALLOWAY's phone and told CHS2 that he was interested in purchasing the weapon, but he could not afford the weapon right now.  CALLOWAY ended the conversation by stating if CHS2 had another buyer, CHS2 could go ahead and sell it to that buyer.

35.     On February 10, 2017, CHS2 contacted CALLOWAY by sending CALLOWAY a text message with a picture of CHS2 holding two assault rifles and the caption, "Jihad, salam alaikum. Name your $$$. Hit me up soon."  One of the assault rifles in the photograph was an AK-47 rifle.  CALLOWAY responded to CHS2 by sending a text message that stated, "Wa laikum salaam. InshaALLAH, keep me in mind ahki." CALLOWAY sent another text message that asked, "Do you have the ammunition for the AK-47?" CHS2 and CALLOWAY then spoke by telephone

and CALLOWAY expressed interest in the rifle. CALLOWAY asked CHS2 once again if CHS2 had ammunition for the AK-47. CHS2 offered to sell the AK-47 to CALLOWAY and CALLOWAY responded that he did not currently have the money to buy it.

36.     On February 18, 2017, CHS2 contacted CALLOWAY by phone.  During the conversation, CHS2 reported CALLOWAY brought up the topic of "toys."  CHS2 indicated that CHS2 understood the term "toys" to refer to the firearm and silencer that CHS2 previously discussed with CALLOWAY.  CHS2 stated that CALLOWAY told CHS2 that CALLOWAY had not forgotten about the "toys."  CHS2 reported CALLOWAY instructed CHS2 to keep CALLOWAY in mind in reference to the sale of the items.

37.     On or about April 12, 2017, CHS2 and CALLOWAY met. CHS2 reported CALLOWAY made multiple statements regarding CALLOWAY's dislike for America, the American government, and white people. CHS2 reported that CALLOWAY was full of hate. CHS2 reported CHS2 questioned CALLOWAY on what CALLOWAY would do if he had a gun. CALLOWAY replied to CHS2 that he did not want the gun because he "got no heart for that."

## CALLOWAY'S COMMUNICATIONS WITH FBI CONFIDENTIAL HUMAN SOURCE #3

38.     In or about October 2016, CALLOWAY met FBI Confidential Human Source #3 ("CHS3").  Since the first meeting, CALLOWAY became friendly with CHS3.  CHS3 has reported seeing CALLOWAY with his cellular phone on his person on multiple occasions.  CHS3 has assisted the FBI with numerous investigations since 2003, including one case that resulted in a conviction.  The CHS3 received monetary compensation for working with the FBI.  To date, the CHS3 has received over $275,000.00 from the FBI for CHS3's assistance to law enforcement. The CHS3 has not provided any information that was later found to be false, or misleading, and

CHS3 is believed to be reliable. Prior to CHS3's involvement with the FBI, CHS3 was convicted of two felonies. CHS3 has not been arrested or convicted for any crime while working for the FBI.

39.     On or about January 26, 2017, CHS3 sent a text message to CALLOWAY at CALLOWAY'S PHONE. In the text message, CHS3 referenced its travel to Virginia and that CHS3 expected to deal with rednecks. In response to CHS3's text message, CALLOWAY responded, "InshaALLAH[], we will kill these crackers one day ahki! I beg ALLAH for the death of these devils. Ttyl ahki."

40.     On or about February 18, 2017, CHS3 sent a text message to CALLOWAY'S PHONE asking how CALLOWAY was doing. In response to CHS3's text message, CALLOWAY replied, "I'm good ahki. Trying to stay away from the Kuffar."

41.     On or about March 6, 2017, CHS3 sent a text message to CALLOWAY'S PHONE stating "kuffar don't have any morals they cheat each other all day so you know what they think of us". In response to CHS3's text message, CALLOWAY responded, "Naam.[8] I hate these Kuffar. Not only are they nasty, they are filthy and stupid. InshaALLAH, their time is coming. Cracker Trump just issued another Ban on 7 Muslim countries. InshaALLAH, the end is near!"

42.     On or about March 8, 2017, CHS3 sent a text message to CALLOWAY'S PHONE to tell CALLOWAY that CHS3 was stopped at an ICE checkpoint supposedly because CHS3 was Muslim. In response to CHS3's text message, CALLOWAY responded, "As salaam alaikum ahki! InshALLAH, we remain vigilant. InshALLAH, we will talk."

43.     On or about March 10, 2017, CHS3 informed CALLOWAY that CHS3 was bringing CHS3's brother two M-16 rifle magazines because CHS3's brother was interested in purchasing a weapon. In response to CHS3's comment, CALLOWAY stated he used to shoot the

---

[8] Your affiant understands this term to mean correct.

16

M-16 rifle when he was in the United States Marine Corps.  CHS3 informed CALLOWAY that guns are everywhere in the state in which CHS3 is from, that is not the District of Columbia.

44.     On or about March 31, 2017, CHS3 and CALLOWAY met. CHS3 complained to CALLOWAY about skinheads and stated to CALLOWAY that you would not want to kill them all. CALLOWAY responded to CHS3 by stating how skinheads were "Satan." Referring to firearms, CHS3 told CALLOWAY, "That is why I like to keep my things with me." Understanding CHS3 was referring to guns, CALLOWAY told CHS3 that he had been meaning to talk to CHS3 about that. Continuing the conversation, CHS3 informed CALLOWAY that CHS3 was from the South and already had weapons. Additionally, CHS3 told CALLOWAY that CHS3 could get additional weapons for $200.00. CALLOWAY told CHS3, "Yeah, I want one of those."  While CHS3 and CALLOWAY watched television in CHS3's apartment, a television documentary about ISIS that aired on television.  As CHS3 and CALLOWAY watched the documentary, a man in the film demonstrated how to operate an AK-47 rifle. CALLOWAY expressed interest in obtaining an AK-47 and told CHS3 that he wanted an AK-47.

45.     CHS3 stated to CALLOWAY CHS3 could get any weapon except a Belgian made pistol. CHS3 went on to tell CALLOWAY that guns from where he is from, which is not the District of Columbia, are cheap except for the AK-47 because the "kuffar want them." CHS3 told CALLOWAY that CALLOWAY had to be on the offensive because there is no need to be on the defensive because they (non-Muslims) have the upper hand.   Referring to an AK-47, CALLOWAY again stated he wanted one of "those." CALLOWAY informed CHS, "I will pay you $100.00 next week."  CHS3 told CALLOWAY that CHS3 could get CALLOWAY an AK-47 for $200, but it would not be new or fully automatic.  Additionally, CHS3 informed CALLOWAY that CHS3 only could get one "clip" for the AK-47.  CALLOWAY responded, "one clip is better

than no clips." CHS3 stated to CALLOWAY for $250.00, CHS3 could get a fully-automatic AK-47. CALLOWAY then arranged a payment plan where CALLOWAY would pay CHS3 to acquire a semi-automatic AK-47 for CALLOWAY. CALLOWAY told CHS3 he would be pay CHS3 $100.00 on April 7, 2017, and CALLOWAY would pay the remaining $100.00 on April 14, 2017.

46.     On or about March 31, 2017, CALLOWAY and CHS3 continued to watch the ISIS documentary. A scene in the documentary showed five or six men, on the ground, wearing orange jumpsuits, and waiting to be beheaded by ISIS fighters. After the beheading, CHS3 yelled, "Allah Akbar." CALLOWAY responded "I'm glad you caught that because the Kuffar would not catch that," which your affiant believes was an appreciation of CHS3's sympathy toward ISIS and a dislike of the documentary journalist's feelings toward the beheadings.   At the end of the documentary, CHS3 told CALLOWAY that CHS3 wanted to travel to fight for ISIS, but the cost of traveling was too much. CALLOWAY told CHS3 he thought about it too, but he could not afford the cost of travel.  After the documentary, CALLOWAY told CHS3 he was "tired." CHS3 assessed that when CALLOWAY stated he was "tired" it was not in a physical sense, but rather CALLOWAY was "tired" of this world and society.

47.     On or about April 1, 2017, CHS3 sent CALLOWAY a text message to CALLOWAY'S PHONE stating CHS3 could sell CALLOWAY a fully automatic AK-47 for $250.00 instead of the semi-automatic AK-47 for $200.00.  In response to CHS3's text message, CALLOWAY responded, "O.k. Maashallah!  I should have the $100, after I pay the rent next Friday.  Inshallah, I will give you the other $150, the following Friday."

48.      On or about April 1, 2017, CALLOWAY spoke to CHS3 and stated he knew "ISIS brothers" on Facebook.  CHS3 informed CALLOWAY that CHS3 did not want to kill Muslims and that was CHS3's core problem with ISIS.  In reference to traveling to join ISIS, CHS3 asked

Case 1:17-cr-00089-RJL   Document 1-1   Filed 05/05/17   Page 19 of 30

CALLOWAY if he ever thought about traveling.  CALLOWAY agreed there was not a need to travel overseas to fight for ISIS and further stated there was, "[n]o need to travel because the kuffar is here."

49.     On or about April 6, 2017, CALLOWAY sent a text message to CHS3 stating he might need CHS3's help because "kuffar" on Facebook were threatening him with "goons" that live in Washington, D.C.  Your affiant believes CALLOWAY's response was based on an argument CALLOWAY was involved in with a female Facebook associate.

50.     On or about April 7, 2017, CALLOWAY met with CHS3 and toldCHS3 that he was going to give CHS3 $60.00 as an initial payment for the AK-47.  CHS3 agreed and told CALLOWAY that CHS3 was going to try and get CALLOWAY extra clips and little bit of ammo. CALLOWAY told CHS3 that way he (CALLOWAY) can use the AK-47.   CALLOWAY stated he did not want to use the AK-47 on "unworthy kuffar" and wanted to use the AK-47 on "crackers."   CHS3 took CALLOWAY to an ATM and CALLOWAY withdrew money. CALLOWAY paid CHS3 $60 and confirmed with CHS3 that CALLOWAY still owed $190.00. After CALLOWAY paid CHS3 the $60.00, CALLOWAY appeared thankful and said that CHS3 was doing him (CALLOWAY) a favor.

51.     On April 14, 2017, CHS3 and CALLOWAY met and CHS3 showed CALLOWAY a picture of the AK-47 that CHS3 had agreed to sell CALLOWAY.  In response to viewing the picture of the AK-47, CHS3 reported that CALLOWAY appeared enthusiastic and was smiling. Additionally, CALLOWAY informed CHS3 the AK-47 CHS3 showed him was a Chinese variant and the weapon was "made for abuse."  CHS3 asked CALLOWAY what would be the best way to do something since CALLOWAY was in the military and knows the "kuffar tactics." In response to CHS3's question, CALLOWAY told CHS3 he would do coordinated assaults like the Vietcong

did. CALLOWAY later told CHS3, "That's what you do… simultaneously have everybody in like four man units all over the country attack police stations." CHS3 and CALLOWAY discussed further CALLOWAY's military experience and CALLOWAY informed CHS3 that he could probably make explosives if he had the equipment. CALLOWAY returned to the conversation about the Vietcong and told CHS3, "But yeah, just an all-out assault on police stations, any police cruisers, everybody just like … an offensive….like the Tet Offensive, they went full force even if they died. Just bam, bam, bam; Ambush and everything. Ain't no talking with them, just gotta go."[9]

52.    On or about April 22, 2017, CHS3 and CALLOWAY met. CALLOWAY indicated he expected to pay the remaining $190 on April 28, 2017. CHS3 confirmed with CALLOWAY that once CHS3 receives full payment, CHS3 would make arrangements to transport the firearm from another state, and that CALLOWAY could expect delivery of the AK-47 on or about May 4, 2017.

53.    On or about April 28, 2017, CHS3 and CALLOWAY communicated with each other using text message, and CALLOWAY indicated to CHS3 that he (CALLOWAY) had the remaining money for the AK-47.  Later in the day, CHS3 met with CALLOWAY in the District of Columbia, and CALLOWAY provided CHS3 the remaining balance of $190 for the firearm. CALLOWAY confirmed with CHS3 that CHS3 could bring the AK-47 the following week. CALLOWAY informed CHS3 the reason he (CALLOWAY) is getting the AK-47 is because

---

[9] On or about November 8, 2016, CALLOWAY made the following publically available Facebook post on FACEBOOK ACCOUNT 1: "Some of the greatest opponents of the Colonial Amerikkkan force's, were the Vietcong. A people's guerilla army, that also defeated the French savages. The modern day equivalent of this army is ISIS. They fight to the death. A lot of people post and talk tough, but I am a veteran.  I have been trained to do it. I also have a short temper, so attempting to belittle me, or emasculate me, by attacking my manhood, may get you a quick trip to the grave yard, and depending upon my mood, I won't care if you have a penis, or not."

CALLOWAY has to be ready to do something here. CHS3 asked CALLOWAY what he planned to do. CALLOWAY responded he has to go to the police and he does not want to target "brothers" but stated, "if they don't get out of the fucking way…"  CALLOWAY continued by naming the Washington, D.C. Metropolitan Police Department's First District and how that he is aware that there are Muslims who work for that District. CHS3 asked CALLOWAY where First District was located. CALLOWAY told CHS3 First District was located near CALLOWAY's work near Pennsylvania Avenue.

### CALLOWAY'S FACEBOOK POSTS FOLLOWING MARCH 31, 2017 CONVERSATIONS WITH CHS3

54.     Following the March 31, 2017 meeting when CALLOWAY agreed to purchase an AK-47 rifle from CHS3, CALLOWAY made the following publically available Facebook posts on his FACEBOOK ACCOUNT 2:

a.      On or about March 31, 2017, CALLOWAY made the following post: "MaashaALLAH. I just had a good visit with my Muslim neighbor. This is trouble for the nonbelievers. ALLAHu akbar. This is the nonporkeating section."

b.      On or about March 31, 2017, CALLOWAY made the following post: "If you are not following ALLAH! You are following the devil."

c.      On or about April 1, 2017, CALLOWAY made the following post: "When this race war kicks off, we ain't just slaughtering the Neanderthal. We are executing coons too. I call it "coon" hunting with an AK-47!"

d.      On or about April 1, 2017, CALLOWAY made the following post: "I have always been popular, and loved, yet I just want to kill with impunity."

e.      On or about April 1, 2017, CALLOWAY made the following post: "Weapon of choice: Machete, AK-47, hands, penis"

f.      On or about April 1, 2017, CALLOWAY made the following post: "I'm never bored because at any moment, your last, shall be your first. Transitioning soon."

g.      On or about April 1, 2017, CALLOWAY made the following post: "I'm not going to divulge my "state secrets"! Just know that when World War 3 occurs, along with a race war, I will be ready."

h.      On or about April 1, 2017, CALLOWAY made the following post: "I'm surrounded by weakness and evil. The push back is coming."

i.      On or about April 1, 2017, CALLOWAY made the following post: "Sharia law is coming, worldwide."

j.      On or about April 1, 2017, CALLOWAY made the following post: "Rage against the machine."

k.      On or about April 1, 2017, CALLOWAY made the following post: "Pray for Belgium. Pray for France. Pray for the British, but who prayed for the victims of these white countries enslavement of the Melaninated people of the earth? Fuck England. Fuck France. Fuck Belgium."

l.      On or about April 1, 2017, CALLOWAY made the following post: "White devils say that ISIS is placing bombs in laptops. I say, "war is never pretty, and you ain't seen nothing yet"!"

m.      On or about April 1, 2017, CALLOWAY made the following post: "ISIS is getting more advanced. Subanallah[10]."

n.      On or about April 1, 2017, CALLOWAY made the following post: "Yes, we are the chosen, children of Israel, yet, because of our constant disobedience, and dereliction of the

---

[10] Your affiant understands this term to mean glory be to God.

covenant, ALLAH sent the miracle, of the Qur'an, to the prophet Muhammad PBUH, sealing

any further law. So we follow the Qur'an and Sunnah, which is for all that testify of the one.

TMH. WE ARE ALL THE ABOVE, BUT WE SHALL DIE MUSLIMS."

      o.      On or about April 2, 2017, CALLOWAY made the following post: "Final

solution: exterminate the walking devils! Like Hitler."

      p.      On or about April 2, 2017, CALLOWAY made the following post: "Greet your

brother with the greetings of peace(salaam) during wartime, and if he reciprocated the peace,

then he is your brother, yet, if he does not, then he is your enemy, and if he is your enemy, then

slaughter him for this is wartime."

      q.      On or about April 4, 2017, CALLOWAY made the following post: "Metro attack

in Russia[11]. Wallahi[12]. It is coming!"

      r.      On or about April 5, 2017, CALLOWAY "shared" the following post : "The west

continues their standard response to the murder of Muslims. Finger pointing and "tough" words.

Yet only the mujahideen[13] will defend the ummah[14] for they are not afraid of death because they

know they will be judged for their actions by Allah subhana wa taala [15]. Bless the mujaideen!"

      s.      On or about April 6, 2017, CALLOWAY "shared" the following post: An article

from The Atlantic Magazine titled, "The American Climbing the Ranks of ISIS."

---

[11] On April 3, 2017, a terrorist attack using an explosive device took place on the Saint Petersburg Metro in Russia. 15 people died in the attack and 45 additional people were injured.
[12] Your affiant understands this term to mean I swear by God.

[13] Your affiant understands this term to mean one engaged in a jihad, especially as a guerilla warrior.

[14] Your affiant understands this term to mean the whole community of muslims in the world.

[15] Your affiant understands this term to mean glory be to Him, He The most high.

t.      On or about April 6, 2017, CALLOWAY made the following post: "It's coming."

u.      On or about April 6, 2017, CALLOWAY made the following post: "Talk is cheap. When it happens, it happens, and ALLAH IS CERTAINLY REAL."

v.      On or about April 6, 2017, CALLOWAY shared the following post on another person's Facebook account:  "May Allah protect the muslims all over the world. If any of us should die do to the anti islamic aggression of the kuffar then may Allah Grant them us the death of a martyr."

w.      On or about April 9, 2017, CALLOWAY made the following post: "When you behave as a kaffir, you will receive the same punishment as the kaafir!"

### CALLOWAY'S FACEBOOK POSTS FOLLOWING CHS3 SHOWING CALLOWAY A PICTURE OF THE AK-47

55.      Following the March 31, 2017, meeting when CALLOWAY agreed to purchase an AK-47 rifle from CHS3, CALLOWAY met with CHS3 on April 14, 2017.   During that conversation, CHS3 showed CALLOWAY a photograph of the AK-47 for which CALLOWAY had made a down payment, and which CHS3 would deliver after full payment was made. Following that display, CALLOWAY made the following publically available Facebook posts on his FACEBOOK ACCOUNT 2:

a.      On or about April 14, 2017, CALLOWAY made the following post: "Warning: war is imminent! I have prepared all my life for this! Most of you could never even fathom the preparation entailed for this precaution."

b.      On or about April 14, 2017, CALLOWAY made the following post: "When this war comes, I'm going on a killing/cannibal spree!"

c.      On or about April 14, 2017, CALLOWAY made the following post: "Most of you fear death, as you fear the truth, and both are fatally related for fools!"

24

d.      On or about April 14, 2017, CALLOWAY made the following post: "You pork eaters aint see nothing yet."

e.      On or about April 14, 2017, CALLOWAY made the following post: "Most of you are stupid. Just get out of my way on Judgment day."

f.      On or about April 14, 2017, CALLOWAY made the following post: "150 push-ups! 50 pull-ups! Ak in route! Machete on deck! I'm slaughtering anybody that ain't Muslim in these last days."

g.      On or about April 14, 2017, CALLOWAY made the following post: "I can't wait to see you all faces in this war."

h.      On or about April 14, 2017, CALLOWAY made the following post: "Only children, lunatics, and wombmen, don't prepare for war, in seclusion. Anybody can be seen at the gym, showing off, but what the fuck are you dumb fucks doing in preparation for combat in private? Dumb fucks."

i.      On or about April 14, 2017, CALLOWAY made the following post: "Attention all military and combat veterans: Prepare for death."

j.      On or about April 14, 2017, CALLOWAY shared the following post: A picture of two Islamic Fighters with AK-47 rifles in combat that was shared from another Facebook user whose public profile picture is that of a military aged male in a desert displaying the pointer finger facing upward. This gesture is commonly used by ISIS members and supporters to communicate a shared belief there is no God but Allah and one true Caliphate.

k.      On or about April 16, 2017, CALLOWAY shared the following post from another person's Facebook account onto his Facebook account: A picture of a man wearing a dark hoodie displaying the pointer finger facing upward gesture with a modern city in the background.

l.      On or about April 20, 2017, CALLOWAY made the following post: "Everything is a joke to a clown. Until someone beheads, said clown. Not so funny anymore, huh?"

m.      On or about April 20, 2017, CALLOWAY made the following post: "Soon the great killing will commence."

n.      On or about April 20, 2017, CALLOWAY made the following post: "To the "Muslim" brother in Fresno, California, that killed 4 crackers, I have a question: why didn't you kill those cracker police officers that arrested you?"

o.      On or about April 20, 2017, CALLOWAY made the following post: "I got the FBI watching me. O.k. Since 2015. ALLAH sees everything though. I only fear ALLAH. I fear no white, decalcified devils."

p.      On or about April 20, 2017, CALLOWAY made the following post: "Soon, the suicide bombers will appear."

q.      On or about April 20, 2017, CALLOWAY made the following post: "MaashaALLAH! ISIS has shot a French policeman to death, in Paris, France! This is war!"

r.      On or about April 20, 2017, CALLOWAY made the following post "North Korea is getting ready to set it off! La ilaha ill ALLAH wa Muhammadan wa Rasululu![16] The Mujahideen are ready."

s.      On or about April 30, 2017, CALLOWAY made the following post: "Just as in the United States Marine Corps, I command a small unit of warriors. I won't give out a number. Just know that they await my orders to strike at the devil, when Babylon least expects it."

---

[16] Your Affiant understands this phrase means, There is absolutely no deity worthy of worship except Allah, and Mohamed is the Messenger of Allah.

t.      On or about April 30, 2017, CALLOWAY made the following post: "Never underestimate a Marine corps veteran."

u.      On or about April 30, 2017, CALLOWAY made the following post: "I'm ready to slaughter these cave dwellers."

v.      On or about April 30, 2017, CALLOWAY made the following post: "Their are ISIS, Al- Qaeda, sleeper cells, all over Babylon. These pork eaters are getting ready to expire!"

w.      On or about April 30, 2017, CALLOWAY made the following post: "Ak- 47! Remember this post."

x.      On or about May 1, 2017, CALLOWAY made the following post: "We must separate from the white devils of Babylon, and form our own nation under Islamic law."

y.      On or about May 3, 2017, CALLOWAY made the following post: "If I can't find a wife in a sea full of harlots, then I will just marry a rifle.  A rifle is more reliable, and it only speaks when commanded to do so."

z.      On or about May 3, 2017, CALLOWAY made the following post: "I have never had time for games, and now is no different."

aa.     On or about May 3, 2017, CALLOWAY made the following post: "Death to the European, fake, Jewish, imposters.

bb.     On or about May 3, 2017, CALLOWAY made the following post: "Amerikkka must be defeated.  We have never been apart of Babylon.  So burn Babylon.

cc.     On or about May 3, 2017, CALLOWAY made the following post: "Death to Babylon.  Every week these colonists murder an innocent Melaninanated brother, or sister.  This Babylonian system must fall, with, or without the cowardly men in our community that will only

pick up a gun when they fight other Afrkians, yet, cop a plea when them crackers come.  Fuck

that.  Kill these pigs."

        dd.    On or about May 3, 2017, CALLOWAY made the following post: "This cracker

in Texas.  The honky that murdered the young 15 year old brother.  Killing him point blank.

Yeah, I have a $500 bounty for this peckerwoods head.  Fuck these crackers.

        ee.    On or about May 3, 2017, CALLOWAY made the following post: "Be prepared.

Gooks in the wire.  While the pork eaters sleep.  I hunt.  sub-human prey, for consumption."

        ff.    On or about May 3, 2017, CALLOWAY made the following post: "The penalty

for the defiance of ALLAH (TMH) is death.  A series of 3!"

        gg.    On or about May 3, 2017, CALLOWAY made the following post: "A revolution

transpires in the night, so be prepared for death in the day!"

        hh.    On or about May 3, 2017, CALLOWAY made the following post: "Somebody

should shoot that cracker cop that killed the young Black boy in Texas.  These crackers kill a

Melanininated man every week.  It's time that we start killing them."

        ii.    On or about May 3, 2017, CALLOWAY made the following post: "Brothers is

shooting these cops back.  Good.  These cops still killing us, so, by all means shoot back."

DELIVERY OF THE FIREARM

        56.    On or about May 4, 2017, CHS3 received a fully automatic AK-47 with

ammunition from FBI agents outside the District of Columbia.  Law enforcement had previously

disabled the AK-47.  CHS3 then traveled with FBI agents across state lines into the District of

Columbia with the AK-47 and entered 66 Webster Street, N.E.  CHS3 informed CALLOWAY via

text message that CALLOWAY could come over to CHS3's apartment in the same building.

CALLOWAY entered CHS3's apartment and CHS3 and provided the AK-47 to CALLOWAY,

who accepted the firearm.   CALLOWAY was arrested in possession of the AK-47 inside the apartment.   Recovered inside CALLOWAY's apartment was a machete.

57.     On or about May 4, 2017, after arrest, CALLOWAY waived his Miranda rights and provided voluntary statements to FBI agents.   CALLOWAY eventually acknowledged providing CHS3 $250 to purchase theAK-47 found in his possession.   CALLOWAY initially stated he needed the firearm for "protection" in his neighborhood, although he acknowledged that he did not have any specific dispute with, or incident with, any other person.   CALLOWAY acknowledged he was aware that he could not possess a firearm because he was a felon, but that he wanted to have the AK-47 for "a rainy day."   CALLOWAY also stated he needed the firearm for the race war.   CALLOWAY further stated that it was likely that it was CALLOWAY who had raised the issue of purchasing a firearm from CHS3, and that no one made him buy the firearm, or otherwise forced him to do anything.   CALLOWAY acknowledged that he owned and controlled two Facebook accounts, including "Alexander Dumas" and "Clark Calloway" and identified many of the quotes listed in this affidavit as ones he had posted.   CALLOWAY characterized many of the posts as "propaganda" and "talking trash" to the individuals who followed him on Facebook, and denied that he planned to carry out an attack.   He conceded he had discussions about attacking police stations but denied referencing a specific police station.

## CONCLUSION

58.     I submit that there is probable cause to establish that CALLOWAY, who has been convicted of a crime punishable by imprisonment for a term exceeding one year, on May 4, 2017, possessed a firearm and ammunition, and that CALLOWAY arranged to have this firearm transported, or shipped, to him in interstate commerce, where CALLOWAY's intent was to commit an offense punishable by imprisonment for a term exceeding one year—that is, an

assault with a dangerous weapon.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge and belief.


_____
Adam Pool
Special Agent
Federal Bureau of Investigation

Sworn and subscribed to me this 5th day of May, 2017.


_____
Honorable G. Michael Harvey
United States Magistrate Judge