AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
**MAY - 5 2017**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>Clark Calloway | ) ) ) ) ) ) | Case: 1:17-mj-000287<br>Assigned To: Magistrate Judge G. Michael Harvey<br>Assign. Date: 05/05/2017<br>Description: Complaint and Arrest Warrant |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Clark Calloway,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g) (Possession of a Firearm or Ammunition by a Felon)

18 U.S.C. § 924(b) (Transportation of a Firearm with the Intent to Commit a Felon)

Date: 05/05/2017

*Issuing officer's signature*

City and state:   Washington, D.C.

United States Magistrate Judge G. Michael Harvey
*Printed name and title*

---

### Return

This warrant was received on *(date)* 5-5-17, and the person was arrested on *(date)* 5-5-17
at *(city and state)* Washington DC.

Date: 5-5-17

FBI SA ADAM Rool by:
*Arresting officer's signature*

DUSM Neath, Nathan
*Printed name and title*