UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2016

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| | : | 18 U.S.C. § 924(b) |
| CLARK CALLOWAY, JR. | : | (Interstate Transportation of a Firearm |
| | : | and Ammunition) |
| Defendant. | : | |
| | : | 18 U.S.C. § 2 |
| | : | (Causing an Act to be Done) |
| | : | |
| | : | 18 U.S.C. §§ 922(g)(1) & (9) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition) |
| | : | |
| | : | 18 U.S.C. §§ 922(o) & 924(a)(2) |
| | : | (Unlawful Possession of a Machine Gun) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Interstate Transportation of a Firearm and Ammunition)

On or about May 5, 2017, in the District of Columbia and elsewhere, defendant **CLARK CALLOWAY, JR.**, did ship, transport, and receive a firearm and ammunition in interstate commerce and did willfully cause a firearm and ammunition to be shipped, transported, and received in interstate commerce with an intent to commit an offense therewith punishable by imprisonment for a term exceeding one year, and with knowledge and reasonable cause to believe

that an offense punishable by imprisonment for a term exceeding one year was to be committed therewith, that is, Assault with a Dangerous Weapon, in violation of 22 D.C. Code, Section 402.

> (**Interstate Transportation of a Firearm and Ammunition**, in violation of Title 18, U.S. Code, Section 924(b), and **Causing an Act to be Done**, in violation of Title 18, U.S. Code, Section 2)

## COUNT TWO

On or about May 5, 2017, within the District of Columbia, defendant **CLARK CALLOWAY, JR.**, having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court for the District of Columbia, Criminal Case No. 2002FEL002412, and having been convicted of a misdemeanor crime of domestic violence in the Superior Court for the District of Columbia, Criminal Case No. 2012DVM568, did unlawfully and knowingly receive and possess a firearm, that is an AK-47, and ammunition, which had been possessed, shipped, and transported in and affecting interstate commerce.

> (**Unlawful Possession of a Firearm and Ammunition**, in violation of Title 18, United States Code, Sections 922(g)(1)) & (9))

## COUNT THREE

On or about May 5, 2017, within the District of Columbia, defendant **CLARK CALLOWAY, JR.** did knowingly and unlawfully possess a machinegun, that is, a fully automatic AK-47 rifle.

>(**Illegal Possession of a Machine Gun**, in violation of Title 18, United States Code, Sections 922(o) & 924(a)(2))

A TRUE BILL:

FOREPERSON.

*Channing D. Phillips* /BMM
Attorney of the United States in
and for the District of Columbia