UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) ) ) ) ) | Crim. No. 17-89 (EGS) |
| v. |
| CLARK CALLOWAY |

**DEFENDANT'S CONSENT TO THE GOVERNMENT'S
MOTION FOR A PROTECTIVE ORDER (ECF 22)**

Defendant Clark Calloway, through undersigned counsel, respectfully submits his Consent and agreement to the terms of the Government's February 21, 2018 Motion for a Protective Order.

1. Mr. Calloway is before the Court charged in a three-count indictment with firearm offenses. ECF No. 4. Since early in the prosecution of this case discovery has been governed by a Protective Order. See ECF 5 & 6. Moreover undersigned counsel was unable to review some discovery materials because undersigned counsel required a security clearance. Undersigned counsel has received the required security clearance to review the documents that are the subject of ECF 22.

2. With the security clearance undersigned counsel is now authorized to begin his review of the classified national security documents. Mr. Calloway supports undersigned's consent to the Government's motion and proposed protective order. Undersigned counsel has also signed the Memorandum of Understanding which is included in ECF 22. Upon issuing the Protective Order, undersigned counsel can immediately make arrangements to review the classified materials.

Wherefore, undersigned counsel respectfully submits his consent to the Government's Motion for a Protective Order and the Proposed Order.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
On Behalf of Clark Calloway
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500