UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                        )<br>)<br>CLARK CALLOWAY        )<br>) | Crim. No. 17-89 (EGS)<br><br>**FILED**<br>OCT 18 2018<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

### Mr. Calloway's Statement in Support of his Guilty Plea

On or about October 2016, Mr. Calloway met a "Confidential Source" (CS) working for the Washington Metropolitan Police Department. Thereafter Mr. Calloway and the CS spoke periodically. Sometime around March 31, 2017, the CS told Mr. Calloway that he could get weapons, including an AK-47. Mr. Calloway expressed interest in obtaining an AK-47 and told the CS that he wanted an AK-47.

The CS told Mr. Calloway that he could get Mr. Calloway a fully a semi-automatic AK-47 for $200. In response Mr. Calloway arranged a payment plan in which Mr. Calloway would pay the CS to acquire a semi-automatic AK-47 for Mr. Calloway. Mr. Calloway told the CS he would be pay the CS $100.00 on April 7, 2017, and would pay the remaining $100.00 on April 14, 2017.

On or about April 1, 2017, the CS informed Mr. Calloway by text that he could obtain and sell to Mr. Calloway a fully automatic AK-47 for $250.00. Mr. Calloway responded by indicating his intent to purchase the fully automatic AK-47 via installments of $100.00 and $150.00.

On April 7, 2017, Mr. Calloway met with a CS and told the CS that he was going to give the CS $60.00 as an initial payment for the AK-47. The CS took Mr. Calloway to an ATM and Mr.

1

Calloway withdrew money. Mr. Calloway paid the CS $60 and confirmed with the CS that Mr. Calloway still owed $190.00. During that conversation Mr. Calloway stated that he wanted to use the AK-47 on "crackers".

On or about April 28, 2017, Mr. Calloway texted the CS and informed the CS that he had the remaining money for the AK-47. Later in the day, the CS met with Mr. Calloway in the District of Columbia, and Mr. Calloway provided the CS the remaining balance of $190 for the firearm. Mr. Calloway confirmed with the CS that the CS would bring the AK-47 the following week.

On May 4, 2017, the CS received a fully automatic but disabled AK-47 with ammunition from FBI agents outside the District of Columbia. The CS then traveled with FBI agents across state lines into the District of Columbia with the AK-47 and entered 66 Webster Street, N.E, Washington, D.C., the building where Mr. Calloway lived. The CS informed Mr. Calloway via text message that Mr. Calloway could come over to the CS's apartment in the same building. Mr. Calloway entered the CS's apartment and he and provided the AK-47 to Mr. Calloway, who had already purchased the weapon in two payments totaling $250. Mr. Calloway accepted the firearm and he was immediately thereafter arrested.

After his arrest Mr. Calloway provided a voluntary statement to FBI agents. Mr. Calloway acknowledged providing the CS $250 so that the CS would purchase the AK-47 found in his possession. Mr. Calloway acknowledged he was aware that he could not possess a firearm because he was a felon.

## DEFENDANT'S ACCEPTANCE

I have read the foregoing Statement of Offense, and I have discussed this Statement fully with my attorney, Carlos Vanegas, Esquire. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 10/18/2018

Clark Calloway