**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
                                        )
**UNITED STATES OF AMERICA**       )       **Crim. No.   17-89 (EGS)**
                                        )
              **v.**                    )
                                        )
**CLARK CALLOWAY**                 )
                                        )
_____)

## <u>JOINT STATUS REPORT</u>

On September 17, 2019, the Court issued a Minute Order pursuant to the Court of Appeals decision in <u>United States v. McIlwain</u>, WL 3367171 (D.C. Cir. July 26, 2019). The parties have discussed the Court's question regarding the disclosure of the sentencing recommendation by the United States Probation Office. The parties have no objection to the disclosure.

Respectfully submitted,                Respectfully submitted,
Jessie K. Liu                          A. J. Kramer
United States Attorney                 Federal Public Defender

by /s/                                        /s/
Jeff Pearlman                          Carlos J. Vanegas
Tejpal S. Chawla                       Assistant Federal Defender
Assistant United States Attorneys      625 Indiana Ave., NW
555 4th Street, N.W.                   Washington, D.C. 20004
Washington, D.C. 20530