**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CRIMINAL NO. 17-CR-089 (EGS)** |
| **v.** | **:** | |
| | **:** | |
| **CLARK CALLOWAY, JR.,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**GOVERNMENT'S MOTION TO CONTINUE SENTENCING**

The Court has scheduled the sentencing in this matter for January 17, 2020.   The government moves to briefly continue sentencing for the reasons stated below.   The defendant does not oppose this motion.

On October 10, 2019, the Court ordered the government to submit a list of statements it would seek to introduce to support its request for an upward departure at sentencing.   On October 21, 2019, the government filed its Third Supplemental Memorandum in Support of Sentencing, which listed the defendant's statements.   ECF No. 51.   Paragraphs 25 to 27 listed statements made in front of a witness ("W7") who was incarcerated with the defendant at the time of the statements.   On November 12, 2019, the defendant responded in part that he disputed the accuracy of statements attributed to him by W7.   ECF No. 53.   It is the government's intent to have W7 testify at sentencing.

W7 remains incarcerated.   Despite several efforts to both secure W7's presence in this jurisdiction and then to meet with W7 to address any security issues that W7 has, come ups for W7 to District Court to address those issues have not yet been successful. On January 7, 2020, the government sent information to defense counsel concerning W7 consistent with its *Jencks/Giglio*

obligations, but edited the letter in order to protect identity information for W7.   The government

hopes to supplement that package prior to January 17, 2020, but realistically defense counsel may

need more time to review the supplemental information.   In light of the timing of the disclosures,

and the time defense counsel may require to review them, the government requests that the Court

briefly continue the sentencing.   Defense counsel does not oppose this request.   If the Court is

available, the parties are available anytime on January 30, 2020, or February 4, 2020.

<div style="margin-left: 3em;">

Respectfully submitted,

Jessie K. Liu
United States Attorney


By:    _____/s/_____
       Jeff Pearlman
       D.C. Bar No. 466-901
       Tejpal S. Chawla
       D.C. Bar. No. 464-012
       Assistant United States Attorneys
       555 4th Street, N.W.
       Washington, D.C. 20530
       202-252-7228 (Pearlman)
       202-252-7280 (Chawla)
       Jeffrey.pearlman@usdoj.gov
       Tejpal.Chawla@usdoj.gov

</div>