| Government | ✓ |
|---|---|
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

UNITED STATES

VS.

CLARK CALLOWAY

Civil/Criminal No. CR 17-089

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | D.C. Superior Court Transcript (4/13/18) - USA v. Robert Paris | 2/4/20 | 2/4/20 | ROBERT PARIS | |
| 2 | D.C. Superior Court Transcript (5/19/17) - USA v Robert Paris | 2/4/20 | 2/4/20 | ROBERT PARIS | |
| 3 | D.C. Court Of Appeals Memorandum Opinion And Judgment (7/24/19) - Robert Paris v United States | 2/4/20 | 2/4/20 | ROBERT PARIS | |