| | | |
|---|---|---|
| Government | ✔ | UNITED STATES OF AMERICA |
| Plaintiff | ☐ | VS. |
| Defendant | ☐ | |
| Joint | ☐ | CLARK CALLOWAY, JR. |
| **Court** | ☐ | |

Civil/Criminal No. 17-cr-89 (RJL)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 13 | Letter by Robert Paris | 5/17 | X | Robert Paris | |
| 10 | Transcript of Evidentiary Hearing before Judge Emmet G. Sullivan | 5/17 | 5/17 | Robert Paris | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |